

# Fourth Court of Appeals
## San Antonio, Texas

September 27, 2019

No. 04-17-00565-CV

David **MORA**, Texas Sterling Construction Co. a/k/a Texas Crushed Concrete, and Sterling Construction Company, Inc. a/k/a Sterling Delaware Holding Company, Inc.,
Appellants

v.

Martin **VALDIVIA** Sr. and Maria Cervantes Valdivia, both Individually and as Sole Heirs of the Estate of Martin Valdivia Jr., Deceased,
Appellees

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CI09734
Honorable Michael E. Mery, Judge Presiding

# O R D E R

Sitting:    Sandee Bryan Marion, Chief Justice
            Patricia O. Alvarez, Justice
            Liza A. Rodriguez, Justice

Appellants' Motion for Extension of Time to file the Motion for Rehearing is GRANTED; the Motion for Rehearing is DENIED.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of September, 2019.

_____
Luz Estrada,
Chief Deputy Clerk